**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HEATHER MAPLES,

    Plaintiff,

    v.

BAYER CORPORATION, and DOES 1-110, inclusive,

    Defendants.

_____/

No. C 05-5216 PJH

**NOTICE**

    The court is in receipt of a document filed by plaintiff, entitled "plaintiff's objection to defendant's removal of action and plaintiff's motion for remand."

    As the court indicated in its message to plaintiff's counsel on or about January 20, 2006, the above document does not constitute a properly filed motion, as it fails to comply with Civil Local Rule 7-2. Should plaintiff wish to be heard on any matter raised in the above document, plaintiff must file a properly noticed motion.

**IT IS SO ORDERED.**

Dated: February 7, 2006

_____
PHYLLIS J. HAMILTON
United States District Judge