DOCUMENT PREPARED
ON RECYCLED PAPER

1  PETER H. MASON (State Bar No. 71839)
   DOUGLAS W. STERN (State Bar No. 82973)
2  ADAM P. ZAFFOS (State Bar No. 217669)
   **FULBRIGHT & JAWORSKI L.L.P.**
3  555 South Flower Street, 41st Floor
   Los Angeles, California  90071
4  Telephone:  (213) 892-9200
   Facsimile:  (213) 892-9494
5
   Attorneys for Defendant
6  BAYER CORPORATION

7

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

10

11 HEATHER MAPLES, a minor, by and        )   CASE NO.: C05-5216 PJH
   through her guardian ad litem Cathlynn )
12 Courrier,                              )
                                          )   **STIPULATION RE DISMISSAL OF**
13                Plaintiff,              )   **ACTION WITH PREJUDICE AND**
                                          )   **WAIVER OF COSTS; ORDER OF**
14                                        )   **DISMISSAL**
   vs.                                    )
15                                        )
   BAYER CORPORATION, and DOES 1-         )
16 110, inclusive,                        )
                                          )
17                Defendants.             )
                                          )
18                                        )
                                          )
19 _____ )

31275711.1                          1

STIPULATION RE DISMISSAL OF ACTION

1  IT IS HEREBY STIPULATED by and between Plaintiff Heather Maples and Defendant
2  Bayer Corporation that the above-referenced action be dismissed with prejudice. Each side shall
3  bear its own attorneys' fees and costs.

4  DATED: February 16, 2007

Peter H. Mason
Douglas W. Stern
Adam P. Zaffos
FULBRIGHT & JAWORSKI L.L.P.

By _____
Adam P. Zaffos
Attorneys for Defendant
Bayer Corporation

10  DATED: February 15, 2007

Barry I. Dunn
FRANKLIN D. AZAR & ASSOCIATES, P.C.

By _____
Barry I. Dunn
Attorneys for Plaintiff
Heather Maples

## ORDER

Based on the stipulation of the parties, the action is dismissed with prejudice. Each side
shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: 2/20/07

_____
Phyllis J. Hamilton
United States District

IT IS SO ORDERED
Judge Phyllis J. Hamilton

## PROOF OF SERVICE

I, Mamie Page, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, 41st Floor, Los Angeles, California 90071. On February 16, 2007, I served a copy of the within document:

**STIPULATION RE DISMISSAL OF ACTION WITH PREJUDICE AND WAIVER OF COSTS; ORDER OF DISMISSAL**

- ☐ by transmitting via facsimile the document listed above to the fax number(s) set forth below on this date before 5:00 p.m.

- ✓ by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

- ☐ by personally delivering the document listed above to the person(s) at the address(es) set forth below.

**See Attached Mailing List**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. Executed on February 16, 2007, at Los Angeles, California.

_____
Mamie Page

## MAILING LIST

| | |
|---|---|
| James E. Hoffmann, Esq.<br>Robert S. Levin, Esq.<br>Levin & Hoffmann, LLP<br>23901 Calabasas Road, Suite 2010<br>Calabasas, California 91302<br>Telephone: 818 990 2370<br>Facsimile:  818 876 8526<br>**Attorneys for Plaintiff** | Judge Anthony J. Mohr<br>Los Angeles Superior Court<br>Department 309, Room 1409<br>600 South Commonwealth Avenue<br>Los Angeles, California 90005<br>Telephone: 213 351 8590<br>**Coordination Trial Judge** |
| Chair, Judicial Council of California<br>Administrative Office of the Courts<br>Attn: Judicial Assignments Unit<br>(Civil Case Coordination)<br>455 Golden Gate Avenue<br>San Francisco, California 94102-3660 | Mark P. Robinson, Jr., Esq.<br>Kevin F. Calcagnie, Esq.<br>Christy Westad, Esq.<br>Robinson, Calcagnie & Robinson<br>620 Newport Center Drive, 7th Floor<br>Newport Beach, California 92660<br>Telephone: 949 720 1288<br>Facsimile:  949 720 1292<br>**Liaison Counsel for Plaintiffs** |
| Steven J. Skikos, Esq.<br>Kathleen N. Millican, Esq.<br>Lopez, Hodes, Restaino, Milman & Skikos<br>625 Market Street, 15th Floor<br>San Francisco, California 94105<br>Telephone: 415 956 5257<br>Facsimile:  415 956 4416<br>**Assistant Liaison Counsel for Plaintiffs** | Franklin D. Azar, Esq.<br>Barry Dunn, Esq.<br>Franklin D. Azar & Associates, P.C.<br>14426 East Evans Avenue<br>Aurora, Colorado 80014<br>Telephone: 303 757 3300<br>Facsimile:  303 759 5203<br>**Attorneys for Plaintiff** |
| Regina A. Petty, Esq.<br>Theresa O. Stevenson, Esq.<br>Wilson Petty Kosmo & Turner LLP<br>550 West C Street, Suite 1050<br>San Diego, California 92101-3532<br>Telephone: 619 236 9600<br>Facsimile:  619 236 9669<br>**Liaison Counsel for Retailer and Distributor Defendants** | William Low, Esq.<br>Higgs, Fletcher & Mack LLP<br>401 West "A" Street, Suite 2600<br>San Diego, California 92101-7910<br>Telephone: 619 236 1551<br>Facsimile:  619 696 1410<br>**Liaison Counsel for Ephedrine Manufacturers<br>and Counsel for Metabolife International, Inc.** |